# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LANDMARK TECHNOLOGY A, LLC,

v.

THE ESSENTIAL BAKING COMPANY, INC.,

Defendants.

Case No. C19-1208 RSM

**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims of Plaintiff Landmark Technology A, LLC. and Defendant The Essential Baking Company, Inc. in this case and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this suit between Plaintiff Landmark Technology A, LLC and Defendant The Essential Baking Company, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 1
Case No. 2:19-CV-01208-RSM

**BANIE & ISHIMOTO LLP**
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770

that incurred them.

DATED this 10th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology A, LLC*

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;

*Attorneys for Defendant*
*The Essential Baking Company, Inc.*

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 2
Case No. 2:19-CV-01208-RSM

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770